379 A.2d 606

Commonwealth v. Ritchie, Appellant.

Submitted December 6, 1976. Harris S. Pasline, Assistant Public Defender, for appellant; Robert A. Freedberg, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent on the basis of *Commonwealth v. Graves*, 461 Pa. 118, 334 A.2d 661 (1975).